FILED

2011 SEP 16 PM 3:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2011 Grand Jury

CR 11 00886

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD JOHN NOVOTNY,<br><br>  Defendant. | CR No. 11-_____<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(a)(1)(A):<br>Engaging in the Business of<br>Dealing in Firearms Without a<br>License; 18 U.S.C. § 924(n):<br>Interstate Travel in Order to<br>Acquire Firearms for Dealing;<br>18 U.S.C. § 922(a)(3): Illegal<br>Transportation of Firearms<br>Acquired Outside of State of<br>Residency; 26 U.S.C.<br>§ 5861(d): Possession of an<br>Unregistered Firearm; 18<br>U.S.C. § 924(d), 26 U.S.C.<br>§ 5872(a), 28 U.S.C.<br>§ 2461(c): Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(a)(1)(A)]

Beginning on an unknown date and continuing to on or about April 23, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDWARD JOHN NOVOTNY, not being a licensed importer, licensed manufacturer,

1  or licensed dealer of firearms, willfully engaged in the
2  business of importing, manufacturing, and dealing in firearms,
3  and in the course of such business shipped, transported, and
4  received firearms in interstate and foreign commerce.

COUNT TWO

[18 U.S.C. § 924(n)]

On or before April 19, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDWARD JOHN NOVOTNY, with the intent to engage in conduct that violates Title 18, United States Code, Section 922(a)(1)(A), traveled from California to Arizona, and there acquired at least one firearm in furtherance of such purpose.

COUNT THREE

[18 U.S.C. § 922(a)(3)]

On or before April 23, 2008, in Los Angeles County, within the Central District of District of California, defendant EDWARD JOHN NOVOTNY, not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector of firearms, willfully transported into and received in the State of California, where he then resided, the following firearms which he had purchased outside the State of California:

| 1 | Ruger Revolver, Model Blackhawk, .357 Caliber, Serial Number 36-25195 |
| 2 | Smith & Wesson Revolver, Model 67-1, .357 Caliber, Serial Number 98K4390 |
| 3 | Taurus Revolver, Model .38 Special, .38 Caliber, Serial Number 820047 |
| 4 | RG Industries Revolver, Model RG14S, .22 Caliber, Serial Number Z128499 |
| 5 | Colt Pistol, Model Double Eagle Series, .45 Caliber, Serial Number DA11288 |
| 6 | Leinad Pistol, Model D, .45 Caliber, No Serial Number |
| 7 | Smith & Wesson Pistol, Model 3913, 9mm Caliber, Serial Number TJC4530 |
| 8 | Bersa Pistol, Model Series 95, C.380 Caliber, Serial Number 334079 |
| 9 | Bersa Pistol, Model Firestorm, .380 Caliber, Serial Number 523688 |
| 10 | Excam Revolver, Model Ta 22, .22 Caliber, Serial Number 7126 |
| 11 | Luger Pistol, Model 1906 Luger, 9mm Caliber, Serial Number 7510 |
| 12 | Ithaca Shotgun, Model 37, 12 Gauge, Serial Number USA1082 |
| 13 | Remington Shotgun, Model 870, 12 Gauge, Serial Number 221234V |
| 14 | Savage Shotgun, Model JC Higgins, 12 Gauge, No Serial Number |
| 15 | Rock Island Armory Rifle, Model 1903, 30-06 Caliber, Serial Number 12342 |

COUNT FOUR

[26 U.S.C. § 5861(d)]

On or about April 23, 2008, in Los Angeles County, within the Central District of California, defendant EDWARD JOHN NOVOTNY knowingly received and possessed a firearm, namely, an Israel Military Industries 9 millimeter Uzi, a weapon made from a rifle which, as modified, had an overall length of less than 26 inches and a barrel of less than 16 inches in length, which had not been registered to him in the National Firearms Registration and Transfer Record.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d); 26 U.S.C. § 5872(a); 28 U.S.C. § 2461(c)]

Upon conviction of one or more of the offenses alleged in Counts One through Four of this Indictment, defendant EDWARD JOHN NOVOTNY ("NOVOTNY") shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872(a); and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in and used in the commission of such offenses, including but not limited to the following:

| | |
|---|---|
| 1 | Israel Arms International Pistol, Model M5000, .45 Caliber, Serial Number 450646 |
| 2 | Ruger Revolver, Model GP00, .357 Caliber, Serial Number 174-03268 |
| 3 | Olympic Arms Inc. (Sgw Enterprises & Safari Arms) Pistol, Model Match Master, .45 Caliber, Serial Number S2056 |
| 4 | Ruger Revolver, Model Blackhawk, .357 Caliber, Serial Number 36-25195 |
| 5 | High Standard Revolver, Model Double Nine, .22 Caliber, Serial Number M080474 |
| 6 | Ruger Revolver, Model Super Blackhawk, .44 Caliber, Serial Number 82-23406 |
| 7 | Ruger Revolver, Model Security Six, .357 Caliber, No Serial Number |
| 8 | Ruger, Revolver, Model Super Blackhawk, .44 Caliber, Serial Number 82-86383 |
| 9 | Colt Revolver, Model Frontier Scout, .22 Caliber, Serial Number 37096K |
| 10 | Smith & Wesson Revolver, Model 67-1, .38 Caliber, Serial Number K220488 |
| 11 | Smith & Wesson Revolver, Model 67-1, .357 Caliber, Serial Number 98K4390 |
| 12 | Taurus Revolver, Model .38 Special, .38 Caliber, Serial Number 820047 |
| 13 | RG Industries Revolver, Model RG14S, .22 Caliber, Serial Number Z128499 |
| 14 | Taurus Revolver, Model Tracker, .357 Caliber, Serial Number YH332064 |

| 15 | Beretta Pistol, Model 21A, .22 Caliber, Serial Number BBS47203U |
| 16 | Beretta Pistol, Model 950B, .22 Caliber, Serial Number C62820 |
| 17 | Colt Pistol, Model Double Eagle Series, .45 Caliber, Serial Number DA11288 |
| 18 | Smith & Wesson Pistol, Model 645, Caliber .38, Serial Number TAU1947 |
| 19 | Glock Pistol, Model 23, .40 Caliber, Serial Number AGU478 |
| 20 | Ram-line Pistol, Model Ram Line, .22 Caliber, Serial Number P5-41-04988 |
| 21 | Ruger Pistol, Model 22/45, .22/45 Caliber, Serial Number 220-39510 |
| 22 | North American Arms, Derringer, Model .22 Magnum, .22 Caliber, Serial Number W61619 |
| 23 | Smith & Wesson Pistol, Model 3913, 9mm Caliber, Serial Number VJA6459 |
| 24 | CZ Pistol, Model Cz50, 7.65mm Caliber, Serial Number 663147 |
| 25 | Star Pistol, Model Pd, .45 Caliber, Serial Number 1415990 |
| 26 | Leinad, Inc., Pistol, Model DD, .45 Caliber, Serial Number M00014711 |
| 27 | FEG Pistol, Model PJK-9HP, 9mm Caliber, Serial Number 21415 |
| 28 | Star Pistol, Model PD, 9mm Caliber, Serial Number 2319 |
| 29 | Walther Pistol, Model P.38, 9mm Caliber, Serial Number 098175 |
| 30 | Springfield Armory Pistol, Model 1911-A1, .45 Caliber, Serial Number WW66053 |
| 31 | High Standard Pistol, Model Sport King, .22 Caliber, Serial Number 427448 |
| 32 | FMJ Pistol, Model D, .38-44 Caliber, Serial Number 0621 |
| 33 | FMJ Revolver, Model R, .22 Caliber, Serial Number D00000225 |
| 34 | Glock Pistol, Model 17, 9mm Caliber, Serial Number ADD109 |
| 35 | Glock Pistol, Model 19, 9mm Caliber, Serial Number BXT133US |
| 36 | Glock Pistol, Model 31, Caliber .357, Serial Number GAD187 |
| 37 | Leinad Pistol, Model D, .45 Caliber, No Serial Number |

| 38 | Taurus Pistol, Model P92, 9mm Caliber, Serial Number B27163 |
| 39 | Beretta Pistol, Model 70, .22 Caliber, Serial Number F18000 |
| 40 | Smith & Wesson, Pistol, Model SW40F, .40 Caliber, Serial Number PAM8070 |
| 41 | Smith & Wesson Pistol, Model 3913, 9mm Caliber, Serial Number TJC4530 |
| 42 | Smith & Wesson Pistol, Model 59, 9mm Caliber, Serial Number A179011 |
| 43 | Smith & Wesson Pistol, Model SW40VE, 9mm Caliber, Serial Number PBl6202 |
| 44 | Star Pistol, Model SA, .45 Caliber, Serial Number 1588826 |
| 45 | Star Pistol, Model PD, .45 Caliber, Serial Number 1827063 |
| 46 | Bersa Pistol, Model Series 95, .380 Caliber, Serial Number 334079 |
| 47 | Bersa Pistol, Model Firestorm, .380 Caliber, Serial Number 523688 |
| 48 | Hipoint Pistol, Model 09, 9mm Caliber, Serial Number P1340267 |
| 49 | Ruger Revolver, Model Blackhawk, .357 Caliber, Serial Number 35-62665 |
| 50 | Ruger Revolver, Model Redhawk, .44 Caliber, No Serial Number |
| 51 | Ruger Pistol, Model P85, .22/45 Caliber, Serial Number 302-22665 |
| 52 | Charter Arms Revolver, Model Police Bull Dog, .38 Caliber, Serial Number 783157 |
| 53 | Charter Arms Revolver, Model Off Duty, .38 Caliber, Serial Number 1060751 |
| 54 | Colt Pistol Model Government, .45 Caliber, Serial Number 310778 |
| 55 | Walther Pistol, Model PPK, .380 Caliber, Serial Number A007222 |
| 56 | Thompson/center Arms Co., Pistol, Model Super 16, .22 Caliber, Serial Number S4813 |
| 57 | Thompson/center Arms Co., Pistol, Model 44 Mag, .44 Caliber, Serial Number 109918 |
| 58 | Excam Revolver, Model Ta 22, .22 Caliber, Serial Number 7126 |
| 59 | Taurus Revolver, Model .357 Magnum, .357 Caliber, Serial Number L6655392 |
| 60 | Harrington and Richardson Revolver, Model 826, .22 Caliber, Serial Number AX124744 |

| 61 | Savage Pistol, Model 1917, .32 Caliber, No Serial Number |
| 62 | Ram-line Pistol, Model Jay Hard, .22 Caliber, No Serial Number |
| 63 | Erma Werke Pistol, Model LA 22, .22 Caliber, Serial Number 16268 |
| 64 | Luger Pistol, Model 1906 Luger, 9mm Caliber, Serial Number 7510 |
| 65 | Norinco Pistol, Model 213, 9mm Caliber, Serial Number 200304 |
| 66 | Argentina Pistol, Model 1911, .45 Caliber, Serial Number 34659 |
| 67 | Walther Pistol, Model P.38, 9mm Caliber, Serial Number 99452 |
| 68 | Jennings Firearms Pistol, Model J22, .22 Caliber, Serial Number 160862 |
| 69 | J.P. Sauer Pistol, Model .38, 7.65mm Caliber, Serial Number 457516 |
| 70 | North American Arms Revolver, Model 22 Magnum, .22 Caliber, Serial Number W57911 |
| 71 | North American Arms Revolver, Model 22 Magnum, .22 Caliber, Serial Number M43712 |
| 72 | Colt Derringer, Model 1961, .22 Caliber, Serial Number 82282D |
| 73 | American Derringer Co., Derringer, Model M4, Caliber .45/410, Serial Number 49141 |
| 74 | RG Industries Revolver, Model RG15, .22 Caliber, Serial Number 39409 |
| 75 | Sportarms of Florida, Derringer, Model 22, .22 Caliber, Serial Number 018894 |
| 76 | Browning Pistol, Model Baby, Caliber .380, Serial Number DA0164 |
| 77 | Israel Weapon Ind- IWI (Israel Military Ind- Imi) Rifle, Model Uzi, 9mm Caliber, Serial Number SA24709 |
| 78 | Norinco Rifle, Model SKS, 7.62mm Caliber, Serial Number 9119426 |
| 79 | Romania Rifle, Model SKS, 7.62mm Caliber, Serial Number Rd559 |
| 80 | Norinco Rifle, Model SKS, 7.62mm Caliber, Serial Number 29002295 |
| 81 | Mossberg Shotgun, Model 500 ATP8, 12 Gauge, Serial Number H386703 |
| 82 | Mossberg Shotgun, Model 500 A, 12 Gauge, Serial Number K068237 |

| 83 | Mossberg Shotgun, Model 835, 12 Gauge, Serial Number UM695176 |
| 84 | Ithaca Shotgun, Model 37, 12 Gauge, Serial Number M370012412 |
| 85 | Ithaca Shotgun, Model 37, 12 Gauge, Serial Number USA1082 |
| 86 | Winchester Rifle, Model 3t, .22 Caliber, Serial Number 67045 |
| 87 | Ithaca Shotgun, Model 37, 12 Gauge, Serial Number 371062932 |
| 88 | Winchester Shotgun, Model 1200 Ted Williams, 12 Gauge, Serial Number P145769 |
| 89 | Winchester, Rifle, Model 273, .22 Caliber, No Serial Number |
| 90 | High Standard Rifle, Model 25, .22 Caliber, No Serial Number |
| 91 | High Standard Rifle, Model 25, .22 Caliber, No Serial Number |
| 92 | High Standard Shotgun, Model 60, 12 Gauge, No Serial Number |
| 93 | High Standard Rifle, Model 25, .22 Caliber, No Serial Number |
| 94 | High Standard Shotgun, Model 101, 12 Gauge, Serial Number A712313 |
| 95 | Savage Shotgun, Model Western Field, 12 Gauge, Serial Number 54135 |
| 96 | Remington Shotgun, Model 870, 12 Gauge, Serial Number B233775M |
| 97 | Savage Shotgun, Model Western Field, 12 Gauge, Serial Number U106500 |
| 98 | Remington Shotgun, Model 11, 20 Gauge, Serial Number 1050536 |
| 99 | Savage Shotgun, Model Western Field, 12 Gauge, Serial Number 74546 |
| 100 | Remington Shotgun, Model 870, 12 Gauge, Serial Number 221234V |
| 101 | Winchester Shotgun, Model 1400, 12 Gauge, Serial Number 220776 |
| 102 | Winchester Shotgun, Model 1300, 12 Gauge, Serial Number L3444102 |
| 103 | Benelli Shotgun, Model 1400, 12 Gauge, Serial Number M054555 |
| 104 | Winchester Shotgun, Model 1912, 12 Gauge, Serial Number 171041 |
| 105 | Savage Shotgun, Model JC Higgins, 12 Gauge, No Serial Number |

| 106 | Benelli Shotgun, Model Nova, 20 Gauge, Serial Number V132466 |
| 107 | Winchester Shotgun, Model 1400l, 12 Gauge, Serial Number N464565l |
| 108 | Harrington and Richardson Shotgun, Model 45/70, .45 Caliber, Serial Number AU655256 |
| 109 | Winchester Shotgun, Model 50, 12 Gauge, Serial Number 56493 |
| 110 | KBI Shotgun, Model Charles Daily, 20 Gauge, Serial Number 910632 |
| 111 | Winchester Shotgun, Model 1300, 12 Gauge, Serial Number L632360 |
| 112 | Winchester Shotgun, Model 1300, 20 Gauge, Serial Number L3457526 |
| 113 | Winchester Shotgun, Model 1911, 12 Gauge, Serial Number 46343 |
| 114 | Sporting Arms Inc. Shotgun, Model Snake Charmer, .410 Gauge, Serial Number 24656 |
| 115 | Winchester Shotgun, Model 1300, 20 Gauge, Serial Number L3336646 |
| 116 | Savage Shotgun, Model Unknown, 20 Gauge, No Serial Number |
| 117 | Investarms, Fabrica D'armi Shotgun, Model MT055, 12 Gauge, Serial Number 297948 |
| 118 | Verona Shotgun, Model SX 405-12, 12 Gauge, Serial Number T1102-03dk02017 |
| 119 | Winchester Shotgun, Model 1897, 12 Gauge, Serial Number 260817 |
| 120 | Crescent Fire Arms Co. Shotgun, Model Central Arms Co. T.M., 12 Gauge, Serial Number 7754 |
| 121 | Savage Shotgun, Model JC Higgins, 12 Gauge, No Serial Number |
| 122 | Benelli Shotgun, Model Super 90, 12 Gauge, Serial Number M175932 |
| 123 | Savage Shotgun, Model Knickerbocker, 12 Gauge, Serial Number 41908 |
| 124 | Stoeger Arms, Shotgun, Model Seguro, 12 Gauge, Serial Number 146237 |
| 125 | Browning Shotgun, Model 28, 12 Gauge, Serial Number 12963RN152 |
| 126 | Mosin-Nagant Rifle, Model Remington Armory, 7.62mm Caliber 7.62mm, Serial Number 225796 |
| 127 | Yugoslavia Rifle, Model Mauser M48, 7.62mm Caliber, Serial Number T79409 |
| 128 | Enfield Rifle, Model Lee Enfield MK1, .303 Caliber, Serial Number 8144B |

| 129 | Enfield Rifle, Model Lee Enfield MK1, .303 Caliber, Serial Number ER7925 |
|---|---|
| 130 | Enfield Rifle, Model Lee Enfield No. 4MK1, .303 Caliber, Serial Number BZ18329 |
| 131 | Enfield Rifle, Model Smle, .303 Caliber, Serial Number 45670 |
| 132 | Enfield Rifle, Model N0.4MKI, .303 Caliber, Serial Number 821815 |
| 133 | Enfield Rifle, Model No. 1 MK3, .303 Caliber, Serial Number 54860 |
| 134 | Enfield Rifle, Model No. 5 MKI, .303 Caliber, Serial Number BJ2818 |
| 135 | Enfield Rifle, Model Lee Enfield No. 4MK1, .303 Caliber, Serial Number 28016 |
| 136 | Mosin-Nagant Rifle, Model M91/59, 7.62mm Caliber, Serial Number 7733 |
| 137 | Romania Rifle, Model Mauser M48, 7.62mm Caliber, Serial Number YA1459 |
| 138 | Italian Rifle, Model Carcano, 7.35mm Caliber, Serial Number C4443 |
| 139 | Italian Rifle, Model Carcano, 7.35mm Caliber, Serial Number 7966 |
| 140 | Italian Rifle, Model Carcano, 7.35mm Caliber, No Serial Number |
| 141 | Mosin-Nagant Rifle, Model M44, 7.62mm Caliber, Serial Number 223235 |
| 142 | Mauser Rifle, Model 1895, 7.92 Caliber, Serial Number H6544 |
| 143 | Mauser Rifle, Model M98, 7.92 Caliber, Serial Number 6826 |
| 144 | Winchester Rifle, Model 290 Deluxe, .22 Caliber, Serial Number 201359 |
| 145 | Winchester Rifle, Model 190 Deluxe, .22 Caliber, Serial Number B2025678 |
| 146 | Winchester Rifle, Model 94, 30-30 Caliber, Serial Number 4641129 |
| 147 | Winchester Rifle, Model 94, 30-30 Caliber, Serial Number TR33719 |
| 148 | Winchester Rifle, Model 94, 30-30 Caliber, Serial Number NRA50942 |
| 149 | Winchester Rifle, Model 94, 30-30 Caliber, Serial Number NRA50943 |
| 150 | Winchester Rifle, Model 94, 30-30 Caliber, Serial Number IS12551 |
| 151 | Winchester Rifle, Model 94, 30-30 Caliber, Serial Number 2335483 |

| 152 | Winchester Rifle, Model 94, 30-30 Caliber, Serial Number TR33718 |
| 153 | Winchester Rifle, Model 94, 30-30 Caliber, Serial Number 68846 |
| 154 | Winchester Rifle Model 70, .300 Caliber, Serial Number 741573 |
| 155 | Winchester Rifle Model 70, .300 Caliber, Serial Number 6931323 |
| 156 | Winchester Rifle Model 75, .22 Caliber, Serial Number 21629 |
| 157 | Savage Rifle, Model Super Sporter, Caliber 30-06, Serial Number 8660 |
| 158 | Savage Rifle, Model Springfield 187, .22 Caliber, No Serial Number |
| 159 | Mossberg Shotgun, Model 195KA, 12 Gauge, No Serial Number |
| 160 | Mossberg Rifle, Model 152, .22 Caliber, No Serial Number |
| 161 | Schmidt-Rubin Rifle, Model M1931 Carbine, 7.92mm Caliber, Serial Number 947955 |
| 162 | Savage Rifle, Model 99, .300 Caliber, Serial Number 601263 |
| 163 | Savage Rifle, Model 110, .270 Caliber, Serial Number F775545 |
| 164 | Savage Rifle, Model 110E, 30-06 Caliber, Serial Number E726400 |
| 165 | Savage Rifle, Model 6J-DL, .22 Caliber, No Serial Number |
| 166 | Savage Rifle, Model 887, .22 Caliber, Serial Number D342584 |
| 167 | Savage Rifle, Model 29A, .22 Caliber, Serial Number 22933 |
| 168 | Mossberg Rifle, Model 640T, .22 Caliber, Serial Number 1048095 |
| 169 | Savage Shotgun, Model 24SD, .22 Caliber/410 Gauge, No Serial Number |
| 170 | Savage Rifle, Model 110, .270 Caliber, Serial Number F127147 |
| 171 | Savage Rifle, Model 99, .300 Caliber, Serial Number 519901 |
| 172 | Savage Rifle, Model 87B, .22 Caliber, No Serial Number |
| 173 | Mossberg Rifle, Model 800b, .243 Caliber, Serial Number 28305B |
| 174 | Remington Rifle, Model 760, 30-06 Caliber, Serial Number 7399445 |

13

| 175 | Remington Rifle, Model 511, .22 Caliber, No Serial Number |
| 176 | Remington Rifle, Model 511, .22 Caliber, Serial Number 15068 |
| 177 | Remington Rifle, Model Nylon 66, .22 Caliber, No Serial Number |
| 178 | Remington Rifle, Model 597, .22 Caliber, Serial Number 2711854 |
| 179 | Remington Rifle, Model 760, 30-06 Caliber, Serial Number 319669 |
| 180 | Remington Rifle, Model Mohawk 10c, .22 Caliber, Serial Number 2535559 |
| 181 | Remington Rifle, Model 24, .22 Caliber, Serial Number 115941 |
| 182 | Remington Rifle, Model 03-a3, 30-06 Caliber, Serial Number 3839907 |
| 183 | Remington Rifle, Model 760, 30-06 Caliber, Serial Number 110648 |
| 184 | Schmidt-Rubin Rifle, Model M1905 Carbine, 7.92mm Caliber, Serial Number 28363 |
| 185 | Springfield Armory Rifle, Model M1, .30 Caliber, Serial Number 1768233 |
| 186 | Marlin Rifle, Model 39A, .22 Caliber, Serial Number AC17431 |
| 187 | Marlin Rifle, Model 57, .22 Caliber, No Serial Number |
| 188 | Marlin Rifle, Model 336, 30-30 Caliber, Serial Number 25171528 |
| 189 | Marlin Rifle, Model 1894, .44 Caliber, Serial Number 21172289 |
| 190 | Marlin Rifle, Model 700, .22 Caliber, Serial Number 11400279 |
| 191 | Marlin Rifle, Model 39A, .22 Caliber, Serial Number 71414066 |
| 192 | Marlin Rifle, Model 60W, .22 Caliber, Serial Number 07354277 |
| 193 | Marlin Rifle, Model 60 SSK, .22 Caliber, Serial Number 96480777 |
| 194 | Marlin Rifle, Model 60, .22 Caliber, Serial Number 07324326 |
| 195 | Marlin Rifle, Model 60W, .22 Caliber, Serial Number 05285568 |
| 196 | Marlin Rifle, Model 60, .22 Caliber, Serial Number 25258902 |
| 197 | Marlin Rifle, Model 65, .22 Caliber, Serial Number 71502540 |

14

| 198 | Marlin Rifle, Model 75, .22 Caliber, Serial Number 70233183 |
| 199 | Marlin Rifle, Model 81, .22 Caliber, No Serial Number |
| 200 | Ruger Rifle, Model Ninety Six, .22 Caliber, Serial Number 620-03699 |
| 201 | Ruger Rifle, Model Ninety Six, .22 Caliber, Serial Number 620-03316 |
| 202 | Ruger Rifle, Model M77, .270 Caliber, Serial Number 7542295 |
| 203 | Ruger Rifle, Model 77/22, .22 Caliber, Serial Number 700-83969 |
| 204 | Ruger Rifle, Model 77/22, .22 Caliber, Serial Number 700-17721 |
| 205 | Ruger Rifle, Model 10/22, .22 Caliber, Serial Number 121-25930 |
| 206 | Ruger Rifle, Model 10/22, .22 Caliber, Serial Number 113-75485 |
| 207 | Ruger Rifle, Model 10/22, .22 Caliber, Serial Number 239-56546 |
| 208 | Ruger Rifle, Model 10/22, .22 Caliber, Serial Number 94106 |
| 209 | Ruger Rifle, Model 10/22, .22 Caliber, Serial Number 119-39796 |
| 210 | Ruger Rifle, Model 10/22, .22 Caliber, Serial Number 111-57916 |
| 211 | Ruger Rifle, Model 10/22, .22 Caliber, Serial Number 119-85535 |
| 212 | CBC Rifle, Model 22, .22 Caliber, Serial Number GR4861 |
| 213 | Tikka Rifle, Model M658, .270 Caliber, Serial Number 608458 |
| 214 | Raptor Arms Co., Inc., Rifle, Model 110, .270 Caliber, Serial Number 7674 |
| 215 | Harrington & Richardson Rifle, Model Topper, 30-30 Caliber, Serial Number 88417121 |
| 216 | Universal Rifle, Model M1, .30 Caliber, Serial Number .388583 |
| 217 | Walther Rifle, Model 51, .45 Caliber, Serial Number 078310 |
| 218 | Norinco Rifle, Model 22 ATD, .22 Caliber, Serial Number 313949 |
| 219 | Golden State Arms Rifle, Model 1941 Supreme, .303 Caliber, Serial Number 453983 |
| 220 | Rock Island Armory Rifle, Model 1903, 30-06 Caliber, Serial Number 12342 |

15

| 221 | Rock Island Armory Rifle, Model 1903, .300 Caliber, Serial Number 234557 |
| 222 | Ruger Rifle, Model10/22, .22 Caliber, Serial Number 120-97750 |
| 223 | Ruger Rifle, Model Mini 14, .22 Caliber 3, Serial Number 180-71979 |
| 224 | Interarms Rifle, Model Mark X, Caliber 30-06, Serial Number B25223S |
| 225 | CZ Rifle, Model VZ 24, 7.65mm Caliber, Serial Number DR8867 |
| 226 | Weatherby Rifle, Model Markv, .300 Caliber, Serial Number 30087 |
| 227 | Weatherby Rifle, Model Markv, .300 Caliber, Serial Number SS018246 |
| 228 | Rossi Rifle, Model M62SA, .22 Caliber, Serial Number V023255 |
| 229 | American Arms Inc. Shotgun, Model Silver II, 12 Gauge, Serial Number V1591 |
| 230 | Winchester Shotgun, Model 1400, 20 Gauge, Serial Number N1000547A |
| 231 | High Standard Shotgun, Model K-1200, 12 Gauge, Serial Number 7417 |
| 232 | Savage Rifle, Model M850B, .22 Caliber, Serial Number 486785 |
| 233 | Fab-10 Rifle, Model AR15, .22 Caliber, Serial Number 001424 |
| 234 | Winchester Shotgun, Model 1300, 12 Gauge, Serial Number L2768569 |
| 235 | Harrington & Richardson Rifle, Model Unknown, Caliber Unknown, Serial Number AU639304 |
| 236 | Taurus Rifle, Model 62, .22 Caliber, Serial Number TB8335 |
| 237 | Remington Rifle, Model 572, .22 Caliber, Serial Number 18115403 |
| 238 | Remington Rifle, Model 1917, 30-06 Caliber, Serial Number 679166 |
| 239 | Sturm Ruger Revolver, Model Security Six, .357 Mag Caliber, Serial Number 150-05437 |
| 240 | JC Higgins Shotgun, Model 60, .22 LR Caliber, Serial Number NVSN |
| 241 | Marline Rifle, Model 60, .22LR Caliber, Serial Number 19375693 |
| 242 | Taurus Pistol, Model 85, .38SPL Caliber, Serial Number NE16566 |
| 243 | Taurus Revolver, Model Titanium 617, .357 Mag Caliber, Serial Number SJ764920 |

| 244 | Beretta Pistol, Model 950BS, .25 ACP Caliber, Serial Number BER69083V |
| 245 | Beretta Pistol, Model 21A, .22LR Caliber, Serial Number BAS069540 |
| 246 | Smith & Wesson Pistol, Model 622, .22LR Caliber, Serial Number UAM5935 |
| 247 | Taurus Pistol, Model PT911, .22LR Caliber, Serial Number TQG02021 |
| 248 | F.I.E Pistol, Model 5000 Gimbal, 9mm Caliber, Serial Number 450646 |
| 249 | Sterling Pistol, Model 25, .25 ACP Caliber, Serial Number 60683 |
| 250 | Glock Pistol, Model 17, 9mm Caliber, Serial Number GK102 |
| 251 | Sphynx Pistol, Model AT2000P, 9mm Caliber, Serial Number A02083P |
| 252 | Sterling Pistol, Model 22, .22LR Caliber, Serial Number E49897 |
| 253 | Beretta Pistol, Model PB, 9mm Caliber, Serial Number B56456 |
| 254 | Beretta Pistol, Model 950, .25 ACP Caliber, Serial Number DAA260144 |
| 255 | Marlin Rifle, Model 60, .22LR Caliber, Serial Number 26732688 |
| 256 | Sears Shotgun, Model 300, 12 Gage, Serial Number Q122599 |
| 257 | Winchester Rifle, Model 190, .22LR Caliber, Serial Number NVSN |
| 258 | Mossberg Shotgun, Model 835, 12 Gauge, Serial Number UN562429 |
| 259 | Mossberg Shotgun, Model 500, 12 Gauge, Serial Number R806412 |
| 260 | Leader Dynamics Rifle, Model 72Mk5, .223 Caliber, Serial Number 1813 |
| 261 | Beretta Rifle, Model AR70, .223 Caliber, Serial Number M32808 |
| 262 | Benelli Shotgun, Model Nova, 12 Gauge, Serial Number Z123346 |
| 263 | FEG Pistol, Model PA-63, 9mm Caliber, Serial Number HC0313 |
| 264 | Walther Pistol, Model PPK, 9mm Caliber, Serial Number 106068A |
| 265 | Walther Pistol, Model PPK, 9mm Caliber, Serial Number 214406 |
| 266 | FEG Pistol, Model GKK45, .45 ACP Caliber, Serial Number AA003178 |

17

| 267 | FEG Pistol, Model P9R, 9mm Caliber, Serial Number R67278 |
| 268 | IMI Pistol, Model Desert Eagle, .50 Caliber, Serial Number 99202006 |
| 269 | Taurus Revolver, Model 66, .357 Caliber, Serial Number 21420779 |
| 270 | Ruger Revolver, Model GP100, .357 Caliber, Serial Number 174-03268 |
| 271 | Uberti Revolver, Model New Sheriff, .44-40 Caliber, Serial Number 166269 |
| 272 | JC Higgins Rifle, Model 25, .22LR Caliber, Serial Number F21415 |
| 273 | Thompson Pistol, Model New Hunter, .50 Caliber, Serial Number 7245 |
| 274 | JC Higgins Shotgun, Model 583-16, 12 Gauge, Serial Number NVSN |
| 275 | Wards Rifle, Model 850B, .22 Caliber, Serial Number NVSN |
| 276 | Helwan Pistol, Model Para, 9mm Caliber, Serial Number W0052 |
| 277 | CZ Rifle, Model 52-57, 7.62mm Caliber, Serial Number KN64692 |
| 278 | High Standard Shotgun, Model DNC, 12 Gauge, Serial Number 80474 |
| 279 | Schmidt-Rubin Rifle, Model M1931, 7.5mm Caliber, Serial Number 984586 |
| 280 | BRNO Pistol, Model M75, 7.62mm Caliber, Serial Number FK09512 |
| 281 | CAI Pistol, Model PA63-MAK, 9mm Caliber, Serial Number L008915 |
| 282 | Ruger Rifle, Model 10/22, .22 Caliber, Serial Number 119-39796 |
| 283 | Sears Rifle, Model 25, .22 Caliber, Serial Number 3018577 |
| 284 | Remington Rifle, Model Nylon 66, .22 Caliber, Serial Number NVSN |
| 285 | Browning Rifle, Model A Bolt, .22 Caliber, Serial Number 03631PN136 |
| 286 | Higgins Shotgun, Model 60, 12 Gauge, Serial Number NVSN |
| 287 | Jennings Pistol, Model J-22, .22 Caliber, Serial Number 266630 |
| 288 | Sears Rifle, Model 25, .22 Caliber, Serial Number NVSN |

18

1        If any of the property described above, as a result of any

2   act or omission of defendant NOVOTNY:

3        a.    cannot be located upon the exercise of due diligence;

4        b.    has been transferred, sold to, or deposited with, a

5   third party;

6        c.    has been placed beyond the jurisdiction of the court;

7        d.    has been substantially diminished in value; or

8        e.    has been commingled with other property which cannot be

9   divided without difficulty;

10  it is the intent of the United States, pursuant to Title 21,

11  United States Code, Section 853(p), as incorporated by Title 28,

12  United States Code, Section 2461(c), to seek forfeiture of any

13  other property of defendant NOVOTNY up to the value of the above-

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

described forfeitable property, including, but not limited to,

all property, both real and personal, owned by defendant NOVOTNY.

A TRUE BILL

/s/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

Dorothy C. Kim
Dep. Chief, Crim. Div. FOR

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RODRIGO A. CASTRO-SILVA
Assistant United States Attorney
Chief, Organized Crime Drug Enforcement
   Task Force Section

ANDREW BROWN
Assistant United States Attorney
Deputy Chief, Organized Crime Drug Enforcement
   Task Force Section

DAVID L. KIRMAN
Assistant United States Attorney
Major Frauds Section